UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Orlando Rodriguez

    v.

                                    Case No. 18-cv-508-SM

Deo Khanal, Rustic Crust,
Kathleen Hammel, Dan Muskat and Doug Troy

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 21, 2018. Counts 1 through 11 of the complaint are dismissed and the case will proceed on plaintiff's wrongful termination claim for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                            /s/ Steven J. McAuliffe
                                            Steven J. McAuliffe
                                            United States District Judge

Date: February 11, 2019

Cc:   Orlando Rodriguez, pro se
       Daniel P. Schwarz, Esq.